# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE*** |
| v. | CASE NUMBER: 06-7039M |
| KATHRYN WELKER | Mark Hanchey (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13 CRS 42-4-1301(1)(b) | Driving While Ability Impaired | 3/25/06 | 1 |

Defendant is sentenced to complete a level II alcohol and drug class, 55 hours of community service to include 2 hours with MADD. Defendant will complete a term of 12 months UNSUPERVISED probation period, and 40 hours of therapy as a condition of the agreement.

***Amended to correct the fine amount.

### MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $10.00 | $125.00 |

7/5/06
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

8/3/06
Date