# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **2nd AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | CASE NUMBER:  06-mj-7039 |
| KATHRYN A. WELKER | Mark Hanchey<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 18 USC § 13 assimilating CRS 42-4-1301(1)(b) | Driving While Ability Impaired | 3/25/06 | 1 |

\*\*Amended to correct monetary obligations

### MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| **CVB Processing Fee** | **Assessment** | **Fine** |
|---|---|---|
| $25.00 | $10.00 | $100.00 |

7/5/06
Date of Imposition of Judgment

s/ Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

9/5/06
Date